IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COLUMBIA PICTURES FILM
PRODUCTION ASIA LIMITED,
a Hong Kong corporation,   No.  CIV S-06-1054 FCD DAD

     Plaintiff,

  vs.

ROEUN UTH,   <u>ORDER</u>

     Defendant.
_____/

       The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

       On December 11, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed December 11, 2006, are adopted in full;

2. Plaintiff's motion for entry of default judgment is granted; and

3. The proposed Default Judgment and Permanent Injunction filed by plaintiff on October 30, 2006 (Doc. no. 22), has been signed by the undersigned and will be filed concurrently with this order.

DATED: January 4, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE