Christopher T. Holland (State Bar No. 164053)
Anne E. Kearns (State Bar No. 183336)
Kathy M. Sarria (State Bar No. 181322)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:   415-249-8330
Facsimile:   415-249-8333
E-Mail:   cholland@kksrr.com

Karen R. Thorland (State Bar No. 172092)
W. Allan Edmiston (State Bar No. 228246)
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4164
Telephone:   310-282-2000
Facsimile:   310-282-2200
E-Mail:   kthorland@loeb.com
E-Mail:   aedmiston@loeb.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COLUMBIA PICTURES FILM PRODUCTION ASIA LIMITED, a Hong Kong corporation, | Case No. 2:06-cv-01054-FCD-DAD |
| Plaintiff, | DEFAULT JUDGMENT AND PERMANENT INJUNCTION |
| vs. | |
| ROEUN UTH, | |
| Defendant. | |

      Based upon Plaintiff's Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

      1.    Defendant shall pay damages to Plaintiff for infringement of Plaintiff's copyrights in the motion picture listed on Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

    2.    Defendant shall pay Plaintiff's attorneys' fees and costs of suit herein in the amount of Two Thousand Eight Hundred Dollars and Forty-Two Cents ($2,800.42).

    3.    Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiff's rights under federal or state law in the following copyrighted motion picture:

- *Kung Fu Hustle*; and

any other motion picture, whether now in existence or later created, that is owned or controlled by Plaintiff (or any parent, subsidiary, or affiliate of Plaintiff) ("Plaintiff's Motion Pictures"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiff's Motion Pictures, to distribute (i.e., upload) any of Plaintiff's Motion Pictures, or to make any of Plaintiff's Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff. Defendant also shall destroy all copies of Plaintiff's Motion Pictures that Defendant has downloaded onto any computer hard drive or server without Plaintiff's authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: January 4, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE